E-filing

FILED
AUG 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Coleman

Plaintiff,

vs.

Michael Chertoff,
Secretary, Dept. of
Homeland Security Et Al

Defendant.

CASE NO. C08-03921 ADR EMC

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, John Coleman, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?     Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)                - 1 -

1 | and wages per month which you received.
2 | _8/2001 - @ 700 week_____
3 | _____
4 | _____

5  2. Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a.     Business, Profession or                Yes ____ No ✓
8          self employment?

9      b.     Income from stocks, bonds,           Yes ____ No ✓
10         or royalties?

11     c.     Rent payments?                           Yes ____ No ✓

12     d.     Pensions, annuities, or                 Yes ____ No ✓
13         life insurance payments?

14     e.     Federal or State welfare payments,    Yes ✓ No ____
15         Social Security or other govern-
16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _11/07 - 4/08 Recvd. G.A., Food Stumps_____
20 _____

21 3. Are you married?                              Yes ____ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.     a.     List amount you contribute to your spouse's support:$ _____
27     b.     List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support. (NOTE: For minor

Form-Intake 3 (Rev. 4/05)                   - 2 -

1 | children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2 | _____
3 | _____
4 | 5.  Do you own or are you buying a home?   Yes ___ No ✓
5 | Estimated Market Value: $_____ Amount of Mortgage: $_____
6 | 6.  Do you own an automobile?   Yes ___ No ✓
7 | Make _____ Year _____ Model _____
8 | Is it financed? Yes ___ No ___ If so, Total due: $ _____
9 | Monthly Payment: $ _____
10 | 7.  Do you have a bank account?   Yes ✓ No ___ (Do not include account numbers.)
11 | Name(s) and address(es) of bank: Wells Fargo, Towne Center,
12 | Alameda, CA.
13 | Present balance(s): $ 3000
14 | Do you own any cash?   Yes ___ No ✓ Amount: $ _____
15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 | market value.)                                                    Yes ___ No ✓
17 | _____
18 | 8.  What are your monthly expenses?
19 | Rent: $ 650                          Utilities: ___
20 | Food: $ 300                          Clothing: ___
21 | Charge Accounts:
22 | Name of Account          Monthly Payment          Total Owed on This Account
23 | _____               $ _____             $ _____
24 | _____               $ _____             $ _____
25 | _____               $ _____             $ _____
26 | 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27 | they are payable.  Do not include account numbers.)
28 | per Credit Report, only Macy's bill from 06'.---

Form-Intake 3 (Rev. 4/05)                    - 3 -

1  _____

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in

3  other lawsuits?   Yes ____   No ✓

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5  which they were filed.

6  _____

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9  false statement herein may result in the dismissal of my claims.

10

11  ___8/15/08_____        _____[signature]_____

12        DATE                              SIGNATURE OF APPLICANT

Form-Intake 3 (Rev. 4/05)                - 4 -