**United States District Court**
For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8   JOHN COLEMAN,                                No. C-08-3921 EMC

9                Plaintiff,

10      v.                                       **ORDER DENYING PLAINTIFF'S
                                                  MOTION FOR RECONSIDERATION
                                                  OR RELIEF FROM JUDGMENT; AND**
11  MICHAEL CHERTOFF, Secretary,                 **DEEMING PLAINTIFF'S LETTER AS**
    Department of Homeland Security,             **NOTICE OF APPEAL (Docket #7)**
12

13               Defendant.

    _____/
14

15

16          Previously, the Court granted Plaintiff John Coleman's application to proceed *in forma*

17  *pauperis* but dismissed the action for failure to state a claim for which relief may be granted.  More

18  specifically, the Court held that Mr. Coleman's lawsuit was barred by the doctrine of res judicata.

19  Mr. Coleman has now filed with the Court a letter, dated October 15, 2008.  In his letter, Mr.

20  Coleman makes various arguments as to the merits of his claim but does not address the Court's

21  conclusion that his cases is precluded on the grounds of res judicata.

22  ///

23  ///

24  ///

25  ///

26  ///

27

28

1    To the extent that Mr. Coleman is asking the Court to reconsider its prior order or to give

2   him relief from the judgment, the request is **DENIED**.  The Court, however, shall deem Mr.

3   Coleman's letter as a notice of appeal.

4

5    IT IS SO ORDERED.

6

7   Dated:  October 18, 2008

8   _____

    EDWARD M. CHEN

9   United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

United States District Court
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8    JOHN COLEMAN,                                    No. C-08-3921 EMC

9                    Plaintiff,

10        v.
                                                      **CERTIFICATE OF SERVICE**
11   MICHAEL CHERTOFF, Secretary,
     Department of Homeland Security,
12
                    Defendant.
13
     _____/
14

15

16        I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern

17   District of California.  On the below date, I served a true and correct copy of the attached, by placing

18   said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing

19   said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery

20   receptacle located in the Office of the Clerk.

21

22   John W. Coleman                           (also enclosed court notice re Legal Help
     P.O. Box 996                              Center)
23   Alameda, CA  94501

24
     Dated:  October 20, 2008                  RICHARD W. WIEKING, CLERK
25

26
                                          By:  _____
27                                             Betty Fong
                                               Deputy Clerk
28